**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST,

Plaintiff,

v.

WRIGHTWAY MECHANICAL, LLC, an Idaho limited liability company; STEVEN W. WRIGHT, an individual; and DOES & ROES I-X,

Defendants.

Case No. 1:26-mc-00049-DCN

**MEMORANDUM DECISION AND ORDER**

Before the Court is Defendants Wrightway Mechanical, LLC and Steven W. Wright's Motion for Temporary Restraining Order and/or Motion for Stay of Enforcement of Writ of Execution and Sheriff's Sale. Dkt. 12. The Court understands the Defendants' situation; however, default judgment was entered against Defendants nearly a year ago, Dkt. 12-1, ¶ 2, and Defendants have known about the sale since at least August 19, 2026, when they received the Notice of Levy and Notice of Sheriff's Sale, *id.* ¶¶ 5–6, 13. Defendants have not met their burden for an ex parte temporary restraining order under Federal Rule of Civil Procedure 65(b). Defendants have also not shown they are entitled to a stay of enforcement of the Writ of Execution, entered on July 27, 2026 (Dkt. 10), under Rule 62(b). The sale may go forward as planned.

**IT IS HEREBY ORDERED**:

1. The Motion for Temporary Restraining Order and/or Stay of Enforcement of Writ of Execution and Sheriff's Sale (Dkt. 12) is **DENIED**.

DATED: September 16, 2026

David C. Nye
U.S. District Court Judge